

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00162-CV

**IN THE INTEREST OF D.I.P.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02336
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED vacating the order of termination. Costs of the appeal are taxed against appellee Jonathan P.

SIGNED October 9, 2013.

_____
Rebeca C. Martinez, Justice